```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

GREGORY MOBLEY,                          :
                                         :
    Plaintiff,                          :
                                         :
v.                                       :   CIVIL ACTION 08-0550-M
                                         :
MICHAEL J. ASTRUE,                       :
Commissioner of                          :
Social Security,                         :
                                         :
    Defendant.                          :

<u>JUDGMENT</u>

    It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Gregory Mobley on all claims.

    DONE this 27th day of April, 2009.

                                        <u>s/BERT W. MILLING, JR.</u>
                                          UNITED STATES MAGISTRATE JUDGE